AO91 (Rev. 12/03)  Criminal Complaint                                                  AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **vs.** | |
| | Case Number: 7:18-po-05915 |

Sergio LOPEZ-Astudillo
IAE
Mexico 1989

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about _____ **June 10, 2018** _____ in _____ **Starr** _____ County, in

the _____ **Southern District Of Texas** _____ defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title _____ **8** _____ United States Code, Section(s) _____ **1325(a)(1)** _____

I further state that I am a(n) _____ Border Patrol Agent _____ and that this complaint is based on the

following facts:

**Sergio LOPEZ-Astudillo was encountered by Border Patrol Agents near Edinburg, Texas on June 11, 2018.  When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico, who had entered the United States illegally on June 10, 2018 by rafting across the Rio Grande River near the Roma, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes    ☒ No

/S/  Ramirez, Robert  Border Patrol Agent
Signature of Complainant

Ramirez, Robert    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 12, 2018                                             at     McAllen, Texas
Date                                                                  City/State

Juan F Alanis              Magistrate Judge
Name of Judge           Title of Judge                          Signature of Judge